IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID B. ROMANSKI,

        Defendant.

4:13CR3093

DETENTION ORDER

The defendant was afforded an opportunity for a detention hearing, but waived that right. Defendant, who is currently in state custody, is subject to detention under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.

Accordingly,

IT IS ORDERED:

1)     The defendant shall be returned to state custody for confinement on state charges.

2)     Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

August 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge