IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID B. ROMANSKI,<br><br>            Defendant. | 4:13CR3093<br><br>**MEMORANDUM AND ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his change of plea hearing scheduled for November 19, 2013 at 9:30 a.m.

2) The defendant shall comply with all terms and conditions of pretrial release which were imposed at his initial appearance.

October 16, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge