IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      4:13CR3093
                             )
       v.                    )
                             )
DAVID B. ROMANSKI,           )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue change of plea hearing (Filing No. 32).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Tuesday, January 14, 2014, at 11 a.m.**

in Courtroom No. 4, Robert V. Denney Federal Building, Lincoln, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between November 19, 2013, and January 14, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C.

§ 3161(h)(8)(A) & (B).  **A copy of the petition to enter a plea of guilty and a copy of the plea agreement, if there is one, shall be provided to the Court at least twenty-four hours prior to the scheduled hearing.**  Failure to do so may result in the hearing being rescheduled.

      DATED this 18th day of November, 2013.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court