IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      4:13CR3093
                             )
      v.                     )
                             )
DAVID B. ROMANSKI,           )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to extend deadline for objections to the PSR, motion for variance and supporting brief (Filing No. 44). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the defendant's motion is granted; defendant shall have until May 5, 2014, to file objections to the PSR, a motion for variance and a supporting brief.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court