IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3093 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID B. ROMANSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 48).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the defendant's motion is granted; the brief in support of variance from the sentencing guidelines and objection to RPSR shall remain restricted pending further order of the Court.

DATED this 5th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court