IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13CR3093 |
| v. | |
| DAVID B. ROMANSKI, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 60).   The Court has reviewed the record in this case and finds as follows:

1.   On March 31, 2014, the Court entered a Preliminary Order of Forfeiture (Filing No. 42) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein.   By way of said Preliminary Order of Forfeiture, the defendant's interest in the following properties was forfeited to the United States:   one HP Pavilion G Series laptop computer, serial number 5CD1383VRP; and one Toshiba External Hard Drive, model number HDDR400E03X, serial number X82HF154SEM8.

2.   Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 3, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed herein on July 28, 2014 (Filing No. 59).

3.   The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED, ADJUDGED AND DECREED:

    A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

    B.  All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed: one HP Pavilion G Series laptop computer, serial number 5CD1383VRP; and one Toshiba External Hard Drive, model number HDDR400E03X, serial number X82HF154SEM8.

    C.  The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

    D.  The United States is directed to dispose of said properties in accordance with law.

DATED this 29th day of July, 2014.

                                            BY THE COURT:

                                            /s/ Lyle E. Strom
                                            _____
                                            LYLE E. STROM, Senior Judge
                                            United States District Court